FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF OHIO

Joshua Methena
(Enter above the full name of the plaintiff in this action)

vs.

North Central Correctional complex

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. 3:19 CV 679

JUDGE ZOUHARY

**COMPLAINT**

MAG. JUDGE JAMES R. KNEPP II

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs _____

    _____

    Defendants _____

    _____

2. Court (if federal court, name the district; if state court, name the county)

    _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II. Place of Present Confinement_____

    A. Is there a prisoner grievance procedure in this institution? YES ☒ NO ☐

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       YES ☐ NO ☒

    C. If your answer is YES,

       1. What steps did you take?_____

       2. What was the result?_____

    D. If your answer is NO, explain why not Grievance can only be filled out on the Jpay. Jpay only gives you 15 min. then you have to restart.

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
       YES ☐ NO ☒

    F. If your answer is YES,

       1. What steps did you take?_____

       2. What was the result?_____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff **Joshua Methena**

Address **NCCI 670 Marion Williamsport Rd. East Marion, OH 43302**

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant **Department of Mental Health** is employed as **North central correctional** at **complex**

C. Additional Defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

Mental health staff decided with out even telling me. with no Scientific diagnosis thought i had "schizophrenia" a mental illness they never tested for this then decided to have the inmates give me electric shock treatment useing electric shock wile in my sleep in my rack.

- 5 -

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I'm asking the courts to make north central correctional pay out a cash Judgement for physical and mental harm to a inmate.

Signed this 28 day of February, 19 2019.

I declare under penalty of perjury that the foregoing is true and correct.

2-28-19
(Date)

Mithena Joshua
(Signature of Plaintiff)

\wptext\complaint.prisoner

Joshua. Methena #743628
MTC-MCCI
P.O. Box 1812
Marion, OH 43301

Office of the clerk
United States District Court,
Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1830